**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v.                                                   CRIMINAL ACTION NO. 5:24-cr-00065

MIRANDA ALIFF.

**ORDER**

On May 7, 2024, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with structuring transactions to evade reporting requirements, in violation of 31 U.S.C. § 5324(a)(3) and 18 U.S.C. § 2. [Doc. 4]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on May 7, 2024. [Doc. 16]. Objections in this case were due on May 24, 2024. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 16]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: June 4, 2024



Frank W. Volk
United States District Judge